**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002872
12-FEB-2015
08:22 AM**

NO. CAAP 13-0002872

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LYNETTE L. AGARD,
Plaintiff-Appellant,
v.
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE
INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2006-AR14 UNDER THE
POOLING AND SERVICING AGREEMENT DATED OCTOBER 1, 2006;
INDYMAC MORTGAGE SERVICES, INC.; ONEWEST BANK, FSB,
Defendants-Appellees,
and
JOHN DOES 1-50, JANE DOES 1-50,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-0362)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding J., Reifurth and Ginoza, JJ.)

Upon consideration of "Appellees Deutsche Bank National
Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust
2006-AR14, Mortgage Pass-through Certificates, Series 2006-AR14
Under the Pooling and Servicing Agreement Dated October 1, 2006,
and OneWest Bank, FSB's Motion for Reconsideration" filed
February 5, 2015, the memorandum/papers in support of the motion,
and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, February 12, 2015.


Presiding Judge


Associate Judge


Associate Judge